UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYNTREL TREVYONE JACKSON,

                Plaintiff,

   v.

BERKEY, et al.

                Defendants.

CASE NO. C19-6101 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 66. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's Motion for Preliminary Injunction and Appointment of Counsel, Dkt. 59, is **DENIED**.

Dated this 4th day of January, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER